UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Alcus Foxworth  
    Darlene Foxworth  
          Debtor(s)

Case No. 15 B 09894

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/19/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 07/30/2015.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $945.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $945.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $916.65 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $28.35 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $945.00

Attorney fees paid and disclosed by debtor:    $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Acs/Panhnd | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| Adina Irabagon | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Advocate Home Care Products DME | Unsecured | 34.66 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 177.08 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban | Unsecured | 37.79 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hospital | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Advocate Trinity Hospital | Unsecured | 99.91 | NA | NA | 0.00 | 0.00 |
| Amex | Unsecured | 1,207.00 | NA | NA | 0.00 | 0.00 |
| ARS | Unsecured | 106.46 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance Llc (Original Cred | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| Associated Urological Specialists | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Better Homes and Gardens | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Black Expressions | Unsecured | 79.92 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| Cardiothoracic & Vascular Surgical | Unsecured | 873.00 | NA | NA | 0.00 | 0.00 |
| Cbcs | Unsecured | 515.68 | NA | NA | 0.00 | 0.00 |
| Chicago Imaging Limited | Unsecured | 25.56 | NA | NA | 0.00 | 0.00 |
| Chicago Tribune | Unsecured | 33.19 | NA | NA | 0.00 | 0.00 |
| Christ Hospital | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| City of Harvey | Secured | 2,390.61 | NA | 2,390.61 | 0.00 | 0.00 |
| Comcast | Unsecured | 531.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 2,278.65 | NA | NA | 0.00 | 0.00 |
| Comenitycapital/haband | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| Cook's Illustrated | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp (Original Cred | Unsecured | 751.00 | NA | NA | 0.00 | 0.00 |
| Denovus Corp. | Unsecured | 628.83 | NA | NA | 0.00 | 0.00 |
| Directv | Unsecured | 860.49 | NA | NA | 0.00 | 0.00 |
| Dr Leonards/Carol Wrig | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Eagle Recovery Associates Inc | Unsecured | 2,802.50 | NA | NA | 0.00 | 0.00 |
| Food and Wine Books | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| Fresenius Healthcare Associates SC | Unsecured | 161.85 | NA | NA | 0.00 | 0.00 |
| Gemb/Jcp | Unsecured | 1,013.00 | NA | NA | 0.00 | 0.00 |
| Governors State University | Unsecured | 521.09 | NA | NA | 0.00 | 0.00 |
| Granite Recovery LLC | Unsecured | 93.47 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 718.75 | NA | NA | 0.00 | 0.00 |
| Harvard Collection | Unsecured | 2,294.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| I C System Inc (Original Creditor:H | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| I.C. System Inc. (Original Creditor | Unsecured | 647.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Cr | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Cr | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Illinois Medi Car Inc | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| ISAC/Illinois Student Assistance Commiss | Unsecured | 1,369.00 | NA | NA | 0.00 | 0.00 |
| Malcolm S Gerald & Assoc | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| McGrane, Perozzi, Stelter, Gerardi, | Unsecured | 3,754.25 | NA | NA | 0.00 | 0.00 |
| Medical Business Burea (Original Cr | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| Mid America Cardiovascular | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Midland Orthopedic Associates | Unsecured | 401.57 | NA | NA | 0.00 | 0.00 |
| Midwest Anestesiologists LTD | Unsecured | 6,720.00 | NA | NA | 0.00 | 0.00 |
| Mortgage Service Cente | Secured | 120,665.00 | NA | NA | 0.00 | 0.00 |
| Mortgage Service Cente | Secured | 4,940.62 | NA | 4,940.62 | 0.00 | 0.00 |
| Mrsi (Original Creditor:Ingalls Mem | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Municollofam | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin /02 (Original Creditor:Auto | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 865.99 | NA | NA | 0.00 | 0.00 |
| North Shore Agency | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| Orkin | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 518.06 | NA | NA | 0.00 | 0.00 |
| Primary Care Associates | Unsecured | 43.68 | NA | NA | 0.00 | 0.00 |
| Primary Healthcare Associates | Unsecured | 14.87 | NA | NA | 0.00 | 0.00 |
| Receivables Performanc (Original Cr | Unsecured | 1,357.17 | NA | NA | 0.00 | 0.00 |
| Reiman Publications | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 50.44 | NA | NA | 0.00 | 0.00 |
| Rs Clark Asc | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| Rs Clark Asc | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| Sears/Cbna | Unsecured | 8,674.00 | NA | NA | 0.00 | 0.00 |
| Sears/Cbna | Unsecured | 2,891.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 803.00 | NA | NA | 0.00 | 0.00 |
| Sunrise Credit Services Inc | Unsecured | 59.85 | NA | NA | 0.00 | 0.00 |
| Taste of Home Books | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| TIP Systems | Unsecured | 132.95 | NA | NA | 0.00 | 0.00 |
| Univeristy Accounting Services | Unsecured | 594.84 | NA | NA | 0.00 | 0.00 |
| USA Payday Loan | Unsecured | 491.45 | NA | NA | 0.00 | 0.00 |
| virtuso sourcing group | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| Webbank/Fingerhut | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| Webbank/Fingerhut | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,940.62 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,390.61 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,331.23** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $945.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$945.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/19/2015        By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**